No. 93–245. RINIER ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–246. RUPP ET AL. *v.* COUNTY OF SAN DIEGO ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–247. DEFAZIO *v.* MARTINEZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–250. NATIONAL EDUCATIONAL SUPPORT SYSTEMS, INC. *v.* AUTOSKILL, INC. C. A. 10th Cir. Certiorari denied.

No. 93–251. GUIDRY ET AL. *v.* MISSISSIPPI UTILITY, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–252. SANDOVAL *v.* ACEVEDO, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 93–258. SCHLOESSER *v.* KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–261. ARVIDA REALTY SALES, INC., ET AL. *v.* SEAMAN. C. A. 11th Cir. Certiorari denied.

No. 93–262. BUELL *v.* SECURITY GENERAL LIFE INSURANCE CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–268. CUTTING ET AL. *v.* JEROME FOODS, INC. C. A. 7th Cir. Certiorari denied.

No. 93–270. GEIGER *v.* NEW YORK LIFE INSURANCE CO. C. A. 10th Cir. Certiorari denied.

No. 93–273. HUNTER COUNTRY CLUB, INC. *v.* BOURNE CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–275. WILEY *v.* SUPREME COURT OF COLORADO ET AL. C. A. 10th Cir.